June 19, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

LOUIS COGNATA, Appellant

NO. 14-06-00976-CV                    V.

DOWN HOLE INJECTION, INC., Appellee

_____

This cause, an appeal in favor of appellee, Down Hole Injection, Inc., signed, October 2, 2006, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Louis Cognata, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.